# EXHIBIT B

# Entity Information

## Entity Information

| | |
|---:|:---|
| Entity Name: | Tesla Motors, Inc. |
| Entity ID: | F1845868 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Formation Date: | N/A |
| Reason for Status: | Active and In Good Standing |
| VA Qualification Date: | 12/21/2010 |
| Status Date: | 12/21/2010 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | DE |
| Annual Report Due Date: | N/A |
| Registration Fee Due Date: | Not Required |
| Charter Fee: | $2500.00 |

## Registered Agent Information

| | |
|---:|:---|
| RA Type: | Entity |
| Locality: | HENRICO COUNTY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | C T CORPORATION SYSTEM |
| Registered Office Address: | 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA |

## Principal Office Address

| | |
|---:|:---|
| Address: | 3500 Deer Creek Rd, Palo Alto, CA, 94304, USA |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)   Contact Us

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

Principal Information (https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| President | Yes | Elon Musk | 3500 Deer Creek Road, Palo Alto, CA, 94304, USA | 12/22/2020 |
| Secretary | No | Al Prescott | 3500 Deer Creek Rd, Palo Alto, CA, 94304, USA | 12/22/2020 |
| Vice President, Treasurer | No | Yaron Klein | 3500 Deer Creek Road, Palo Alto, CA, 94304, USA | 12/22/2020 |

**Current Shares**

Total Shares: 2100000000

Filing History    RA History    Name History    Previous Registrations

Garnishment Designees    Image Request

Back   Return to Search   Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)   Contact Us