# EXHIBIT C

# Entity Information

### Entity Information

| | |
|---|---|
| Entity Name: | Five Star Academy, Inc. |
| Entity ID: | 06782544 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Formation Date: | 05/31/2007 |
| Reason for Status: | Active and In Good Standing |
| VA Qualification Date: | 05/31/2007 |
| Status Date: | 07/10/2020 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | VA |
| Annual Report Due Date: | 05/31/2021 |
| Registration Fee Due Date: | 05/31/2021 |
| Charter Fee: | $50.00 |

### Registered Agent Information

| | |
|---|---|
| RA Type: | Individual |
| Locality: | LYNCHBURG CITY |
| RA Qualification: | Officer of the Corporation |
| Name: | TONY D WEST |
| Registered Office Address: | 2600 MEMORIAL AVE STE LL1, LYNCHBURG, VA, 24501 - 2658, USA |

### Principal Office Address

| | |
|---|---|
| Address: | 2600 MEMORIAL AVENUE, STE LL1, LYNCHBURG, VA, 24501 - 0000, USA |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)   Contact Us
(https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

Principal Infor(https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| President | Yes | TONY D. WEST | 2600 MEMORIAL AVENUE,STE LL1, LYNCHBURG, VA, 24501 - 0000, USA | 04/28/2015 |

Current Shares

Total Shares:  1000

Filing History    RA History    Name History    Previous Registrations

Garnishment Designees    Image Request

Back    Return to Search    Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us

(https://www.scc.virginia.gov/clk/clk_contact.aspx)